1

2

3

**Towanna Okoronkwo** Debtor Pro Se
6624 2nd Ave
Los Angeles, CA 90043
(626) 367 0705 Fax (626) 915 2075

Fax to (206) 292 4930

4

5

6

7

FILED

SEP 0 6 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

8

9

10

IN THE UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNI (LOS ANGELES)

11

12

**United States Bankruptcy Court Case No. 2:16-bk-21343-BR**

RE:

13

14

21ST MORTGAGE CORPORATION et al

15

            Plaintiff

            vs.

16

17

PAMELA JACKSON; ANTHONY JACKSON; BARRY JACKSON  ET AL

            Defendants

18

**Notice of Removal Of Unlawful Detainer Case No 16UR1174**

**To Federal Jurisdiction:**
United States Bankruptcy Court

*Case No. 2:16-ap-          -BR*

19

20

**TO: THE HONORABLE LOS ANGELES COUNTY SUPERIOR COURT**

21

**AND TO: THE HONORABLE UNITED STATES BANKRUPTCY COURT**

22

**AND TO: THE PLAINTIFF'S ATTORNEY OF RECORD AND TO: U. S.**

23

**TRUSTEE (LOS ANGELES) AND TO:  THE LOS ANGELES COUNTY**

24

**SHERIFF DEPARTMENT COURT SERVICES (COVINA OFFICE)**

25

NOW COMES **Towanna Okoronkwo** Debtor Pro Se and Anthony Jackson

26

Named Defendant et al herein cause the filing of the herein pleading:

27

28

**Notice of Removal Of Unlawful Detainer Case No 16UR1174 To Federal**

1 | **Jurisdiction Re: United States Bankruptcy Court** *Case No. 2:16-ap-*     *-BR*

2 |     Grounds for removal include but are not limited to violation of a) Title 11 USC

3 | 362 Automatic Stay b) violation of federal laws c) violation of constitutional due

4 | process.

5 |     Please see attached hereto copy of state action pleading / case summery as

6 | required.

7 | Dated: September 05, 2016              Respectfully Submitted

8 |                                 **Towanna Okoronkwo** Debtor Pro Se

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SUM-130**

# SUMMONS
## (CITACIÓN JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
Superior Court of California
County of Los Angeles

MAY 10 2016

Sherri R Carter, Executive Officer/Clerk
By: James Russell, Deputy

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

Pamela Jackson, Anthony Jackson, Barry Jackson; and DOES 1-10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

21st Mortgage Corporation

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 o más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

**CASE NUMBER:** (Número del Caso): **16UR1174**

1. The name and address of the court is:
(El nombre y dirección de la corte es):

Pomona Courthouse South, 400 Civic Center Plaza, Pomona, CA 91766

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

Donna La Porte, Esq 93428, 5120 E. LaPalma Ave., #209, Anaheim Hills, CA 92807, 949-230-7858

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6416) ☐ did not ☑ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: MAY 10 2016          Clerk, by _____ , Deputy
(Fecha:)          (Secretario)          (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

4. NOTICE TO THE PERSON SERVED: You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as an occupant
   d. ☑ on behalf of (specify): ALL OTHER OCCUPANTS
      under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)            ☐ other (specify):
5. ☐ by personal delivery on (date):

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 (Rev. July 1, 2009)

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

LAW OFFICES OF DIANE WEIFENBACH
Diane Weifenbach, Esq. SBN 162053
Donna L. La Porte, Esq. SBN 93428
5120 E. LaPalma Ave., #20?
Anaheim, CA 92807
Tel: 714-695-6637
Fax: 714-643-7474
diane@attylsi.com

Attorney for Plaintiff,
21ST MORTGAGE CORPORATION

CONFORMED CO.
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 1 0 2016

Sherri R. Carter, executive officer/Clerk
By: James Russell, Deputy

**BY FAX**

SUPERIOR COURT OF CALIFORNIA

LOS ANGELES COUNTY, POMONA COURTHOUSE SOUTH

| | |
|---|---|
| 21ST MORTGAGE CORPORATION, | ) Case No.: **16UR1174** |
| | ) |
| Plaintiff, | ) VERIFIED COMPLAINT FOR |
| | ) UNLAWFUL DETAINER AND |
| vs. | ) DAMAGES |
| | ) |
| | ) LIMITED CIVIL JURISDICTION |
| PAMELA JACKSON; ANTHONY JACKSON; | ) |
| BARRY JACKSON; and DOES 1-10 inclusive, | ) ACTION BASED ON CODE OF |
| | ) CIVIL PROCEDURE SECTION |
| Defendants | ) 1161a |
| | ) |
| | ) AMOUNT DEMANDED DOES |
| | ) NOT EXCEED $10,000 |
| | ) |
| | ) Property Address: |
| | ) 2443 CAMERON AVENUE |
| | ) COVINA, CA 91724 |
| | ) |

Plaintiff, 21ST MORTGAGE CORPORATION ("Plaintiff"), alleges:

1.    Plaintiff is, and was at all times mentioned herein, a corporation duly authorized to do business within the State of California.

1

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DAMAGES

1  2.  Plaintiff is informed and believes and thereon alleges that Defendants, Pamela Jackson,

2  Anthony Jackson, Barry Jackson, and DOES 1-10 inclusive ("Defendants") are individuals, who occupy

3  or are otherwise in possession of the real property commonly known as 2443 Cameron Avenue, Covina,

4  CA 91724, together with separate structures, if any ("Property"), which Property is located within this

5  judicial district.

6  3.  Plaintiff seeks to recover possession of the Property by this action.

7  4.  The true names or capacities, whether individual, corporate, associate or otherwise of

8  Defendants named herein as DOES 1-10, inclusive, are unknown to Plaintiff, who therefore sues said

9  Defendants by such fictitious names, and Plaintiff will amend this Complaint to show their true names

10  and capacities when the same have been ascertained.

11  5.  On April 13, 2016, a foreclosure sale was held and Plaintiff took title to the Property at

12  the foreclosure sale and received an executed Trustee's Deed Upon Sale, which was recorded in the

13  Official Records of Los Angeles County, California. A true and correct copy of the Trustee's Deed

14  Upon Sale is attached hereto as Exhibit "1" and is incorporated herein by reference.

15  6.  After Plaintiff acquired title to the Property, Plaintiff caused to be duly served on

16  Defendants a written notice requiring them to quit and deliver up possession of the Property to Plaintiff

17  within the time period set forth in such notice ("Notice to Quit"), a true and correct copy of which is

18  attached hereto as Exhibit "2" and incorporated by reference. Proofs of service of the Notice to Quit on

19  the Defendants are attached collectively hereto as Exhibit "3".

20  7.  As of the date hereof, the time to deliver up possession of the Property as set forth in the

21  Notice to Quit has expired, but Defendants have failed and refused to deliver up possession of the

22  Property.

23  8.  Defendants continue in possession of said Property without Plaintiff's permission or

24  consent.

25  9.  The reasonable value of the use and occupancy of the Property is $60.00 per day, and

26  damages have accrued to Plaintiff at that rate since May 3, 2016, and will continue to accrue at that rate

27  so long as Defendants remain in possession of the Property.

28  **WHEREFORE,** Plaintiff prays for judgment against Defendants as follows:

2

1        1.      Restitution and possession of the Property to Plaintiff;

2        2.      For an Order directing Defendants to quit and deliver up possession of the Property to

3 Plaintiff;

4        3.      Damages at the rate of $60.00 per day commencing on May 3, 2016, and continuing each

5 day that Defendants continue in possession of the Property up to date of judgment herein;

6        4.      For an order terminating the lease, if any, under which Defendants occupy the premises;

7        5.      Costs of suit herein; and

8        6.      Such other and further relief as the court deems just and proper.

9                                        Respectfully Submitted,

10

11                                    LAW OFFICES OF DIANE WEIFENBACH

12

13

14 Dated: May 6, 2016             By: _____

15                                    Donna L. La Porte, Esq.

16                                    Attorney for Plaintiff,
21ST MORTGAGE CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

3

**VERIFICATION**

STATE OF CALIFORNIA  )
                     )
COUNTY OF ORANGE     )

I, Donna L. La Porte, declare:

I am an attorney at law duly admitted and licensed to practice before all courts of this State and I am associated with Diane Weifenbach who has a professional office at 5120 E. LaPalma Ave., #209, Anaheim, CA 92807; I also have a professional office within the County of Orange. I make this Verification as the Plaintiff is absent from the County of Orange, California.

I have read the foregoing Complaint and know its contents.

I am informed and believe and on that ground allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Verification is executed at Irvine, California on May 6, 2016.

_Donna L. La Porte_

DONNA L. LA PORTE

4

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DAMAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

5

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DAMAGES



**This page is part of your document - DO NOT DISCARD**





# 20160441578

**Pages:
0004**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**04/20/16 AT 08:00AM**

| | |
|---|---|
| FEES: | 24.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 24.00 |



**LEADSHEET**



201604200240023

00011980492

007502697

**SEQ:
01**

**SECURE - 8:00AM**

**THIS FORM IS NOT TO BE DUPLICATED**

253707 TDUS4

# FOR REFERENCE ONLY: 20160441578

RECORDING REQUESTED BY:
ATTORNEY LENDER SERVICES, INC.

AND WHEN RECORDED TO:
21ST MORTGAGE CORPORATION
620 Market Street, One Center Square
Knoxville, TN 37902

Forward Tax Statements to:
21ST MORTGAGE CORPORATION
620 Market Street
One Center Square
Knoxville, TN 37902

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 14-0516
Loan #: ***558

Order #: 0253707

## TRUSTEE'S DEED UPON SALE

A.P.N.: 8277-013-018

Transfer Tax: $0.00

The Grantee Herein was the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $24,172.85
The Amount Paid by the Grantee was $24,172.85
Said Property is In the City of COVINA, County of LOS ANGELES

_Britney Bailey_

Signature of Agent or Declarant Determining Tax


ATTORNEY LENDER SERVICES, INC., as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

21ST MORTGAGE CORPORATION

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of LOS ANGELES, State of California, described as follows:

LEGALLY DESCRIBED AS SET FORTH ON EXHIBIT 'A' ATTACHED HERETO

Commonly referred to as: 2443 CAMERON AVE, COVINA, CA 91724.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by PAMELA S. JACKSON AND ANTHONY B. JACKSON, WIFE AND HUSBAND AS JOINT TENANTS as Trustor, dated 12/22/2005 of the Official Records in the office of the Recorder of LOS ANGELES County, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 01/26/2006, instrument number 06 0189198, of official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

# TRUSTEE'S DEED UPON SALE

TS #: 14-0516
Loan #: ** '558
Order #: 07:53707

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 04/13/2016. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being, $624,172.85, in lawful money of the United States, in pro tanto, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, ATTORNEY LENDER SERVICES, INC., as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 04/18/2016

ATTORNEY LENDER SERVICES, INC.

By: _Brittney Ramirez_

Brittney Ramirez, Asst. Vice President

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Orange

On 04/18/2016 before me D. Weitenbach, a Notary Public, personally appeared, Brittney Ramirez who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_D. Weitenbach_

(Seal)

> D. WEITENBACH
> COMM. #2032273
> Notary Public - California
> Orange County
> My Comm. Expires July 2, 2017

Order No. 00253707-991-1E4-DM6    Guarantee No. CA-FAIN-IMP-7242405-1-15-00253707

## EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1

THAT PORTION OF LOT 10 TRACT NO. 3546, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 40 PAGES 82 AND 83 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY TERMINUS OF THAT CERTAIN COURSE IN THE NORTHERLY BOUNDARY LINE OF SAID LOT SHOWN ON SAID MAP AS HAVING A BEARING AND LENGTH OF "NORTH 63 DEGREES 19 MINUTES WEST 195.85 FEET"; THENCE ALONG SAID NORTHERLY LINE, NORTH 63° DEGREES 19, MINUTES WEST 195.85 FEET TO AN ANGLE POINT THEREIN; THENCE CONTINUING ALONG SAID NORTHERLY BOUNDARY LINE SOUTH 35 DEGREES 09 MINUTES WEST 170.27 FEET TO ANOTHER ANGLE POINT THEREIN; THENCE PARALLEL WITH THAT CERTAIN COURSE IN THE SOUTHWESTERLY BOUNDARY LINE OF SAID LOT, SHOWN ON SAID MAP AS HAVING A BEARING AND LENGTH OF SOUTH 24 DEGREES 23 MINUTES EAST 422.79 FEET; THENCE SOUTH 24 DEGREES 23 MINUTES EAST 130 FEET; THENCE NORTH 63 DEGREES 35 MINUTES 25 SECONDS EAST 290.63 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM "PRECIOUS METALS AND ORES THEREOF", AS EXCEPTED FROM THE PARTITION BETWEEN JOHN ROWLAND SR AND WILLIAM WORKMAN, IN THE PARTITION DEED RECORDED IN BOOK 10 PAGE 39 OF DEEDS.

PARCEL 2:

AN EASEMENT FOR INGRESS AND EGRESS TO BE USED IN COMMON WITH OTHERS OVER THOSE PORTIONS OF SAID LOT 10 TRACT 3546, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 40 PAGES 82 AND 83 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER AND OF CAMERON AVENUE (VACATED) INCLUDED WITHIN A STRIP OF LAND 30 FEET WIDE, THE NORTHERLY LINE OF WHICH BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHERLY LINE OF THE LAND SO DESCRIBED IN PARCEL 1 ABOVE DISTANT THEREON SOUTH 63 DEGREES 55 MINUTES 25 SECONDS WEST 30 FEET FROM THE MOST EASTERLY CORNER OF SAID PARCEL 1; THENCE ALONG SAID SOUTHERLY LINE, NORTH 63 DEGREES 55 MINUTES 25 SECONDS EAST 30 FEET TO SAID MOST EASTERLY CORNER, THENCE ALONG THE NORTHERLY BOUNDARY LINE AND EASTERLY PROLONGATION THEREOF OF SAID LOT 10, NORTH 67 DEGREES 10 MINUTES EAST 130 FEET, MORE OR LESS, TO THE SOUTHWESTERLY LINE OF CAMERON AVENUE, 40 FEET WIDE, AS ESTABLISHED BY ORDER OF THE BOARD OF SUPERVISORS OF THE COUNTY OF LOS ANGELES, (IN WHICH A PORTION OF CAMERON AVENUE WAS VACATED) A CERTIFIED COPY THEREOF BEING RECORDED ON JANUARY 18, 1933 AS INSTRUMENT NO. 748, IN BOOK 12019 PAGE 99, OFFICIAL RECORDS OF SAID COUNTY, SAID EASEMENT TO TERMINATE EASTERLY IN SAID SOUTHWESTERLY LINE OF CAMERON AVENUE AND WESTERLY IN A LINE DRAWN SOUTHERLY AT RIGHT ANGLES FROM THE POINT OF BEGINNING OF THE NORTHERLY LINE OF SAID EASEMENT.

APN: 8277-013-018

7242405 CLTA Guarantee Form No. 22 (06-05-14)                    Page 5
Trustee's Sale Guarantee
© California Land Title Association. All rights reserved.
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

NOTICE OF REMOVAL OF

STATE ACTION CASE No. 16UR1174

TO

FEDERAL JURISDICTION

I am employed in the county of Los Angeles, state of California. I am over the age of 18 and not a party to the within action. My address is 5439 9TH Avenue, Los Angeles, CA 90043

On or about 09/06/2016 I caused the service of the Notice of Removal of State Action Case No. 16R02062 upon the attached person by mail via depositing the Notice of Removal into a sealed envelope with postage fully paid

I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on 09/06/2016 at Los Angeles, California

**THE STATE BAR OF CALIFORNIA**
Protecting the Public and Enhancing the Administration of Justice

Monday, September 5, 2016

## ATTORNEY SEARCH

## Donna Lyn LaPorte - #93428

## Current Status:  Active

This member is active and may practice law in California.

See below for more details.

## Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 93428 | | |
| **Address:** | LA PORTE LAW | **Phone Number:** | (949) 232-1115 |
| | 2030 Main St Ste 1300 | **Fax Number:** | (949) 861-6336 |
| | Irvine, CA 92614 | | |
| | Map it | **e-mail:** | donna@laportelaw.net |
| **County:** | Orange | **Undergraduate School:** | Univ of Utah; Salt Lake City UT |
| **District:** | District 4 | | |
| **Sections:** | None | **Law School:** | Univ of Utah COL; Salt Lake City UT |

## Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 4/5/1988 | Active |
| 7/6/1981 | Not Eligible To Practice Law |
| 12/5/1980 | Admitted to The State Bar of California |

Explanation of member status

## Actions Affecting Eligibility to Practice Law

| Effective Date | Description | Case Number | Resulting Status |
|---|---|---|---|
| **Disciplinary and Related Actions** | | | |

Overview of the attorney discipline system.

This member has no public record of discipline.

**Administrative Actions**

| | | | |
|---|---|---|---|
| 7/6/1981 | Suspended, failed to pay Bar membr. fees | | Not Eligible To Practice Law |

Start New Search »

Contact Us  |  Site Map  |  Privacy Policy  |  Notices  |  Public Records Request  |  Accessibility  |  FAQ

Copyright © 2016, The State Bar of California

FORM B104 (08/07)                                                2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>21ST MORTGAGE CORPORATION et al | DEFENDANTS<br>PAMELAJACKSON ET AL & Towanna Okoronkwo Debtor Pro Ser & all unknown occupants CCP1174.3 |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Donna Lyn La Porte (SBN93428)<br>2030 Main Street #1300<br>Irvine, CA 92614   (949) 232 1115    Fax (949)   861 6336 | ATTORNEYS (If Known)<br>Pro Se<br>15611 North Peak Lane, Fontana CA 92336<br>(909) 437 8887  fax (909) 568 2422 |
| PARTY (Check One Box Only)<br>☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor     ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☑ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor     ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
1) Violation of Title 11 USC 362 Automatic Stay 2) Violation of Federal Tenant Protection Act of 2009
3) Violation of CCP 415.46(e)2 4) Violation of California & Federal Due Process

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**

☐ 11-Recovery of money/property - §542 turnover of property

☐ 12-Recovery of money/property - §547 preference

☐ 13-Recovery of money/property - §548 fraudulent transfer

☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**

☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**

☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**

☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**

☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims

☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud

☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**

☐ 61-Dischargeability - §523(a)(5), domestic support

☐ 68-Dischargeability - §523(a)(6), willful and malicious injury

☐ 63-Dischargeability - §523(a)(8), student loan

☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
   (other than domestic support)

☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay

☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☒ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et. seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

RECEIVED
SEP 08 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☑ Check if a jury trial is demanded in complaint | Demand $ 900,876.00 |

**Other Relief Sought**

Including But Not Limited to :1) Vacate Actions in violation of bankruptcy stay 2) Vacate void judgments in violation of personal jurisdiction 3) Vacate prosecution in violation of Constitutional rights 4) Recover unlawfully seized personal property 5) Los Angeles County Sheriff Department Personal violation(s) of Title 18 USC 242 &243 et al 6) Violation of Fourth Amendment Rights 7) Violation of Fifth Amendment Rights

FORM B104 (08/07), page 2                                                      2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| **NAME OF DEBTOR**<br><br>Towanna Okoronkwo Debtor Pro Se | | **BANKRUPTCY CASE NO.**<br><br>2:16-bk-21343BR |
| **DISTRICT IN WHICH CASE IS PENDING**<br><br>Central District | **DIVISIONAL OFFICE**<br><br>Los Angeles | **NAME OF JUDGE**<br><br>Barry Russel |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| **PLAINTIFF**<br>N / A | **DEFENDANT**<br>N/ A | **ADVERSARY PROCEEDING NO.**<br><br>N / A |
| **DISTRICT IN WHICH ADVERSARY IS PENDING**<br><br>N / A | **DIVISIONAL OFFICE**<br><br>N/ A | **NAME OF JUDGE**<br><br>N / A |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** | | |
| **DATE**<br><br>9/6/16 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)**<br>Towanna Okoronkwo Debtor Pro Se | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.